IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID CHARLES SUSSMAN,**

    *Petitioner*,

v.   Case No.: 4:20cv361-MW/HTC

**SECRETARY OF THE
FLORIDA DEPARTMENT
OF CORRECTIONS,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 39, and has also reviewed *de novo* Petitioner's objections, ECF No. 42, which simply reincorporate Petitioner's reply to Respondent's answer to his second amended petition, ECF No. 33, and Petitioner's motion for release on his own recognizance, ECF No. 37. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 39, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's second amended petition, ECF No. 11, is **DENIED** without an evidentiary hearing." A certificate of appealability is **DENIED**. The

Clerk shall close the file.

**SO ORDERED on June 2, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
